UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-MJ-03119-Torres

UNITED STATES OF AMERICA,

v.

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

Matthias Krull

COMES NOW Oscar J. Rodriguez and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed) Oscar J. Rodriguez

Counsel's Signature _____

Address 4500 S. LeJeune Rd.
Coral Gables, FL        ZIP CODE: 33146

Telephone (305) 442-1991  FLORIDA BAR NUMBER: 530352

Date: 7/25/18