# MINUTE ORDER

Page 4

## Magistrate Judge Alicia M. Otazo-Reyes

**Atkins Building Courthouse - 10th Floor**          Date: 7/25/18     Time: 2:00 p.m.

Defendant: Matthias Krull          J#: 17619-104     Case #: 18-3119-MJ-TORRES(sealed)

AUSA: _F. Maderal_          Attorney: _Oscar g. Rodriguez_

Violation: INTERSTATE & FOREIGN TRAVEL IN AID OF RACKETEERING ENTERPRISES          Surr/Arrest Date: 7/24/2018     YOB: 1973

Proceeding: INITIAL APPEARANCE          CJA Appt: _____

Bond/PTD Held: ⦾ Yes  ⦿ No          Recommended Bond: _____

Bond Set at: _____          Co-signed by: _____

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: _____
- [ ] Other: _____

Language: _____

Disposition:
ð/ advised.

Gout req PTD
Risk / flight

Case unsealed

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**     Date:     Time:     Judge:     Place:

Report RE Counsel: 8/8/18 - 10 Am

PTD/Bond Hearing: 7/30/18 - 10 Am

Prelim/Arraign or Removal: 8/8/18 - 10 Am

Status Conference RE: _____

D.A.R. 14:23:54          Time in Court: 5 MINS

s/Alicia M. Otazo-Reyes          Magistrate Judge