UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20682-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

 Plaintiff,
v.

**MATTHIAS KRULL**,

 Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendant Matthias Krull's Unopposed Motion to Modify Bond Conditions [ECF No. 35]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Mr. Krull's conditions of bond are modified to require a $5,000,000 Personal Surety Bond ("PSB") cosigned by his wife, Tatiana Seara Krull. The PSB shall be secured by 1300 Brickell Bay Drive, #3903, in Miami, Florida 33131. The property shall not be sold, hypothecated or otherwise encumbered without leave of court. The PSB shall be further secured by the deposit of $2,500,000 in a trust account in the name of the Law Offices of Oscar S. Rodriguez.

Additionally, Mr, Krull will be placed on home confinement with electronic monitoring, the costs of which shall be paid for by Mr. Krull. While on home confinement, Mr, Krull is permitted to leave his residence to take his children to school and after-school activities; church; attorney meetings; court appearances and medical appointments. All such activities will be reported, in advance, to his supervising probation officer. Defendant shall submit a bond form to the duty magistrate judge for approval.

CASE NO.  18-20682-CR-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 5th day of September, 2018.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record