### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 18-20682-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MATTHIAS KRULL**,

    Defendant.

_____/

### ORDER

THIS CAUSE came before the Court on Defendant's Agreed Motion to Continue Sentencing and for Additional Time to Respond to P.S.I. [ECF No. 42]. A draft Presentence Investigation Report [ECF No. 39] was prepared and made available to the parties on September 25, 2018. In the Motion, the parties indicate they need 120 days in order to gather information and documentation for sentencing (*see* Mot. 1), yet they do not explain what they are attempting to gather. Certainly U.S. Probation does not appear to have been impeded in its ability to prepare the Report and calculate Defendant's advisory guidelines range. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED**. If the parties need additional time to come to an agreement regarding a restitution figure, a restitution hearing may be scheduled at a later date. Furthermore, if the parties' request for more time is prompted by any cooperation Defendant is providing, cooperation is not a basis to postpone sentencing. Defendant may be granted an extended surrender date if the Government so moves for cooperation purposes. The parties have until **October 24, 2018** to file objections to the Presentence Investigation Report.

CASE NO. 18-20682-CR-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 9th day of October, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record