```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
                       CASE NO. 18-CR-20682-EGT
 3
     UNITED STATES OF AMERICA,
 4                                            Miami, Florida
                 Plaintiff(s),
 5                                            July 25, 2018
           vs.
 6
     MATTHIAS KRULL,
 7
                 Defendant(s).     Pages 1 - 3
 8   -----------------------------------------------------------

 9                              HEARING
              TRANSCRIBED FROM DIGITAL AUDIO RECORDING
10            BEFORE THE HONORABLE ALICIA M. OTAZO-REYES
                    UNITED STATES MAGISTRATE JUDGE
11
     APPEARANCES:
12
     FOR THE PLAINTIFF(S):   FRANCISCO R. MADERAL, JR., ESQ.
13                           United States Attorney's Office
                             Southern District of Florida
14                           99 N.E. 4th Street
                             Miami, Florida 33132
15                           (305) 961-9159
                             francisco.maderal@usdoj.gov
16
     FOR THE DEFENDANT(S):   OSCAR J. RODRIGUEZ, ESQ.
17                           Oscar J. Rodriguez, P.A.
                             4500 S. LeJeune Road
18                           Coral Gables, Florida 33146
                             (305) 442-1991
19                           ojrlaw@gmail.com

20   TRANSCRIBED BY:         Joanne Mancari RPR, CRR, CSR
                             Court Reporter
21                           jemancari@gmail.com

22

23

24

25
```

1  Thereupon,
2  the following proceedings were held:
3            THE DEPUTY CLERK:  United States of America v.
4  Matthias Krull, case No. 18-3119.
5            MR. MADERAL:  Good afternoon, your Honor.  Frank
6  Maderal on behalf of the United States.
7            THE COURT:  Good afternoon.
8            MR. RODRIGUEZ:  Good afternoon, your Honor.  Oscar J.
9  Rodriguez on behalf of the defendant.  I filed a temporary
10 appearance.
11           THE COURT:  All right.
12           Government's position.
13           MR. MADERAL:  Your Honor, we are seeking pretrial
14 detention based on risk of flight, and I have spoken with
15 Mr. Rodriguez and I think we are both asking that it be set for
16 Monday, the 30th.
17           MR. RODRIGUEZ:  That is correct, your Honor.
18           THE COURT:  All right.  So the detention hearing will
19 be Monday, July 30th, at 10 a.m., and then the preliminary
20 hearing arraignment will be Wednesday, August 8th, at 10 a.m.
21           I note that the complaint was under seal.  Is the
22 government requesting unsealing at this time?
23           MR. MADERAL:  Yes, your Honor.
24           THE COURT:  Do you have a proposed order here?
25           MR. MADERAL:  I do not, but I can e-mail one to

```
 1    chambers as soon as I return.
 2              THE COURT:  Excellent.
 3              Nancy has one.
 4              MR. MADERAL:  Thank you, your Honor.
 5              THE COURT:  That is OK.
 6              I will sign it right now.
 7              OK.  I have unsealed the complaint.
 8              All right.  So you are scheduled back for Monday at 10
 9    a.m.
10              MR. MADERAL:  Thank you, your Honor.
11              THE COURT:  Thank you very much.
12              (Adjourned)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

    I hereby certify that the foregoing is an accurate transcription to the best of my ability of the digital audio recording in the above-entitled matter.

October 18, 2018        s/ Joanne Mancari
                           Joanne Mancari, RPR, CRR, CSR
                           Court Reporter
                           jemancari@gmail.com