**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 18-CR-20682-ALTONAGA

UNITED STATES OF AMERICA

vs.

MATTHIAS KRULL,

       Defendant.
_____/

**NOTICE OF SATISFACTION OF FORFEITURE MONEY JUDGMENT AND RELEASE OF INTEREST IN SUBSTITUTE PROPERTY**

The United States of America (the "United States") hereby provides notice that the $600,000 forfeiture money judgment imposed by the Order of Forfeiture against Defendant Matthias Krull (the "Defendant") has been fully satisfied, and as a result, the United States releases any interest it may have in real property located at 1300 Brickell Bay Drive, Unit 3903, Miami, Florida. In support of this notice, the United States submits as follows:

1. On October 26, 2018, the Court entered an Order of Forfeiture, which imposed a forfeiture money judgment in the amount of $600,000 in U.S. currency against the Defendant. *See* Order of Forfeiture, ECF No. 50.

2. The Defendant agreed to satisfy such forfeiture money judgment within 30 days of sentencing, or forfeit, as a substitute asset, real property located at 1300 Brickell Bay Drive, Unit 3903, Miami, Florida (the "Substitute Property"), if a balance remains after that period expires. *See id.* at 4. *See also* Consent to Forfeiture, ECF No. 49-1.

3. On October 29, 2018, the Defendant was sentenced. *See* Minute Entry, ECF No. 55; Judgment, ECF No. 56.

4. On November 30, 2018, which was 32 days from his sentencing, the Defendant,

through his counsel, tendered checks totaling $500,000 in U.S. currency in partial satisfaction of his forfeiture money judgment.

5. The United States had agreed to accept such payment two days after the 30-day deadline, and also agreed to provide the Defendant until January 15, 2019, to satisfy the $100,000 balance of the forfeiture money judgment.

6. On January 15, 2019, the Defendant, through his counsel, tendered a check in the amount of $100,000 in U.S. currency in partial satisfaction of his forfeiture money judgment.

7. In total, the Defendant has paid $600,000 in U.S. currency, which has satisfied his forfeiture money judgment in full.

8. Because the Defendant has satisfied his forfeiture money judgment in full, the United States is no longer pursuing the forfeiture of the Substitute Property or any other asset in the above-captioned matter.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: *s/ Nalina Sombuntham*
Nalina Sombuntham
Assistant United States Attorney
Fla. Bar No. 96139
99 N.E. 4th Street, 7th Floor
Miami, Florida   33132-2111
Telephone:   (305) 961-9224
Facsimile:   (305) 536-7599
nalina.sombuntham2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically using CM/ECF on January 30, 2019, on all parties of record on the Service List below.

                                                *s/ Nalina Sombuntham*
                                                Nalina Sombuntham
                                                Assistant United States Attorney

Service List

| | |
|---|---|
| Michael Brian Nadler<br>Assistant United States Attorney<br>JLK Federal Justice Building<br>99 Northeast 4th Street<br>Miami, FL 33132-2111<br>305-961-9244<br>Fax: 305-536-7213<br>Email: michael.nadler@usdoj.gov | Oscar Santiago Rodriguez<br>Oscar Rodriguez PA<br>4500 S. LeJeune Road<br>Coral Gables, FL 33146<br>305-445-2000<br>Fax: 305-445-9007<br>Email: osrlaw@aol.com |
| Nalina Sombuntham<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>99 N.E. 4th Street, 7th Floor<br>Miami, Florida   33132-2111<br>Telephone:     (305) 961-9224<br>Facsimile:      (305) 530-6166<br>nalina.sombuntham2@usdoj.gov | Oscar J. Rodriguez<br>Oscar J. Rodriguez, P.A.<br>4500 S. LeJeune Road<br>Coral Gables, FL 33146<br>305-442-1991<br>Fax: 305-445-9007<br>Email: orodriguez@ojrlaw.com |
| *Counsel for the United States* | *Counsel for the Defendant* |