**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 12-20682-CR-ALTONAGA**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHIAS KRULL,

    Defendant.

_____/

## **UNOPPOSED MOTION TO DELAY DEFENDANT'S SURRENDER**

COMES NOW, Defendant, MATTHIAS KRULL, through undersigned counsel and without government opposition, and respectfully requests that Defendant's surrender be extended an additional 90 days until July 29, 2019. In support thereof, Defendant states:

1. Mr. Krull was charged by Information with one count of Conspiracy to Commit Money Laundering in violation of 18 U.S.C. §1956(h) & §1957 [ECF #23]. He then entered into a written Plea Agreement with the U.S. Attorney's Office and was sentenced on October 29, 2019.

2. Upon Defendant's motion and without opposition from the government, Mr. Krull remains out of custody on a $5,000,000 personal surety bond. He is on home confinement with electronic monitoring.

3. Pursuant to Paragraph 10 of his Plea Agreement, Mr. Krull is required to fully cooperate with the U.S. Attorney's Office in its investigation of the underlying offense.

1

4. Mr. Krull has been assisting the government with its ongoing investigation and other ancillary matters since before his sentencing. To that end, several additional meetings are anticipated in the coming months, and at least two foreign law enforcement agencies are interested in meeting with Mr. Krull in May and June 2019. It would be beneficial and less onerous on all parties involved if Mr. Krull were permitted to remain out of custody for an additional ninety (90) days beyond his current surrender date of April 29, 2019.

5. AUSA Michael Nadler and forfeiture counsel Nalina Sombuntham have indicated that they are in support of the relief requested herein.

WHEREFORE, Defendant, MATTHIAS KRULL, requests that this Honorable Court grant this unopposed motion to delay his surrender until July 29, 2019.

Respectfully submitted,

Oscar J. Rodriguez, Esq.
Law Offices of Oscar J. Rodriguez, P.A.
4500 S. LeJeune Road
Coral Gables, Florida 33146
Telephone:   305.445.2000
Facsimile:   305.445.9007
Email:   orodriguez@ojrlaw.com

*/s/*   *Oscar J. Rodriguez, Esq.*
By:   Oscar J. Rodriguez, Esq.
        Fla. Bar No.:   530352

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Unopposed Motion to Delay Surrender was electronically filed with the Clerk of Court through CM/ECF this ____ day of March, 2019.

/s/     *Oscar J. Rodriguez, Esq.*
Oscar J. Rodriguez, Esq.