IN THE UNITED STATES DISTRICT COUR FOR THE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA              Case No: 18-20682-CR-ALTONAGA

    Plaintiff,

vs

MATTHIAS KRULL,

    Defendant,

_____/

**UNOPPOSED MOTION FOR MODIFICATION OF BOND**

COMES NOW, Defendant, Matthias Krull, through undersigned counsel, and hereby files this unopposed motion for modification of bond conditions, and in support states:

1. On August 22, 2018, Mr. Krull plead guilty before this Court on August 22, 2018, [DE 28], and he was sentenced on October 29, 2018 [DE 32]. With the agreement of the government, Mr. Krull was permitted to remain out on bond with a future surrender date.

2. Mr. Krull's conditions of release include home confinement with electronic monitoring. He is restricted to his home between the hours of 7:30 PM and 7:30 AM.

3. Mr. Krull is in constant contact with his supervising probation officer, and he has dutifully complied with all conditions of release.

4. Mr. Krull requests that his conditions of home confinement be modified to allow him to attend a religious retreat from Friday, May 17, 2019, at 6:00 PM until Sunday, May 19, 2019, at 4:00 PM. The retreat is to take place at the Mother of Christ Church, located at 14141 SW 26th Street, Miami, FL 33176. Retreat participants are required to stay on premises at all times and are not allowed to return if they leave. Undersigned counsel will be volunteering to assist the organizers of the retreat throughout the weekend.

5. AUSA Michael Nadler and Mr. Krull's supervising probation officer have both represented that they have no objection to the relief requested herein. A proposed order is attached for the Court's convenience.

WHEREFORE, Mr. Krull respectfully requests that the Court modify his bond conditions to allow him to attend the aforementioned retreat from Friday, May 17, 2019, at 6:00 PM until Sunday, May 19, 2019, at 4:00 PM.

Respectfully submitted,

Oscar S. Rodriguez, Esq.
4500 South Le Jeune Road
Coral Gables, Florida 33146
Telephone: (305) 445-2000
Facsimile: (305) 445-9007
Email: osrlaw@aol.com

 /s/     **Oscar S. Rodriguez**
          FBN: 194325

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing motion has been electronically filed on this 7th day of February 2019, through the Clerk of Court through CM/ECF.

 /s/     **Oscar S. Rodriguez**