UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20682-CR-ALTONAGA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHIAS KRULL,

    Defendant.
    _____/

## UNOPPOSED MOTION TO DELAY DEFENDANT'S SURRENDER

COMES NOW, Defendant, MATTHIAS KRULL, through undersigned counsel and without government opposition, and respectfully requests that Defendant's surrender be extended until September 30, 2019. In support thereof, Defendant states:

1. Mr. Krull was charged by Information with one count of Conspiracy to Commit Money Laundering in violation of 18 U.S.C. §1956(h) & §1957 [ECF #23]. He entered into a written Plea Agreement with the U.S. Attorney's Office and was sentenced on October 29, 2019.

2. Upon Defendant's motion and without opposition from the government, Mr. Krull remains out of custody on a $5,000,000 personal surety bond. He is on home confinement with electronic monitoring and has dutifully complied with all conditions thereof.

3. Pursuant to Paragraph 10 of his Plea Agreement, Mr. Krull is required to fully cooperate with the U.S. Attorney's Office in its investigation of the underlying offense.

4. Mr. Krull continues to assist the government with its ongoing investigation and other ancillary matters. He has also met with authorities for multiple foreign jurisdictions. Additional meetings with U.S. authorities, the aforementioned foreign jurisdictions and others are anticipated in the near future. To that end, an extended surrender date would be mutually beneficial to all parties.

5. The parties will soon schedule a status conference to further elaborate on Mr. Krull's ongoing cooperation. Due to scheduling conflicts, we are unable to schedule a date prior to Mr. Krull's current surrender date of July 29, 2019. The first week that both the government and the defense are available for a status conference is the week of August 26th.

6. This motion is filed in good faith and not for purposes of undue delay. AUSA Michael Nadler and the agents assigned to the subject investigation have all indicated that they are in support of the relief requested herein.

WHEREFORE, Defendant, MATTHIAS KRULL, requests that this Honorable Court grant this unopposed motion to delay his surrender until September 30, 2019.

Respectfully submitted,

Oscar J. Rodriguez, Esq.
Law Offices of Oscar J. Rodriguez, P.A.
4500 S. LeJeune Road
Coral Gables, Florida 33146
Telephone:   305.445.2000
Facsimile:   305.445.9007
Email:        orodriguez@ojrlaw.com

*/s/     Oscar J. Rodriguez, Esq.*
By:   Oscar J. Rodriguez, Esq.
         Fla. Bar No.:   530352

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Unopposed Motion to Delay Surrender was electronically filed with the Clerk of Court through CM/ECF this 16th day of July, 2019.

*/s/     Oscar J. Rodriguez, Esq.*
Oscar J. Rodriguez, Esq.