UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20682-CR-ALTONAGA

UNITED STATES OF AMERICA

       Plaintiff,

vs.

MATTHIAS KRULL,

       Defendant.
_____/

## SATISFACTION OF CRIMINAL MONETARY PENALTIES JUDGMENT

Plaintiff, United States of America, through its undersigned United States Attorney for the Southern District of Florida, hereby deems satisfied, the Criminal Monetary Penalties Judgment regarding assessment/fine imposed on October 29, 2018, against Matthias Krull. The Clerk of the United States District Court of Southern Florida is authorized and empowered to satisfy and cancel said Judgment of record.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:    */s/ Vivian Rosado*
        Vivian Rosado
        Assistant U.S. Attorney
        Fla. Bar No.849367
        99 NE 4th Street, Suite 300
        Miami, FL 33132-2111
        Tel: 305-961-9313
        Fax: (305) 530-7195
        E-mail:vivian.rosado@usdoj.gov