```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
                          MIAMI DIVISION
                   CASE NO. 18-cr-20682-CMA


 UNITED STATES OF AMERICA,        Miami, Florida

         Plaintiff,               October 29, 2018

    vs.                           9:36 a.m. to 9:54 a.m.

 MATTHIAS KRULL,                  Courtroom 12-2

         Defendant.               (Pages 1 to 15)
_____

                          SENTENCING
           BEFORE THE HONORABLE CECILIA M. ALTONAGA,
                 UNITED STATES DISTRICT JUDGE

APPEARANCES:

 FOR THE GOVERNMENT:     MICHAEL BRIAN NADLER, ESQ.
                         NALINA SOMBUNTHAM, ESQ.
                         Assistant United States Attorneys
                         99 Northeast Fourth Street
                         Miami, FL 33132
                         (305) 961-9001
                         (305) 961-9224
                         michael.nadler@usdoj.gov
                         nalina.sombunthan2@usdoj.gov

                         DAVID JOHNSON, ESQ.
                         U.S. Department of Justice
                         Bond Building, Eighth Floor
                         1400 New York Avenue, Northwest
                         Washington, DC 20005
                         (202) 794-4976
                         david.johnson@usdoj.gov
```

```
 1   APPEARANCES CONTINUED:

 2     For the Defendant:      OSCAR J. RODRIGUEZ, ESQ.
                               Law Offices of Oscar J. Rodriguez, P.A.
 3                             4500 South Le Jeune Road
                               Coral Gables, FL 33146-1813
 4                             (305) 442-1991
                               orodriguez@ojrlaw.com
 5
                               OSCAR SANTIAGO RODRIGUEZ, ESQ.
 6                             Law Offices of Oscar S. Rodriguez
                               4500 South Le Jeune Road
 7                             Coral Gables, FL 33146-1813
                               (305) 445-2000
 8                             osrlaw@aol.com

 9
       Also Present:           Elizabeth Robbert, USPO
10

11


12
       REPORTED BY:            STEPHANIE A. McCARN, RPR
13                             Official Court Reporter
                               400 North Miami Avenue
14                             Twelfth Floor
                               Miami, Florida 33128
15                             (305) 523-5518
                               Stephanie_McCarn@flsd.uscourts.gov
16

17

18

19

20

21

22

23

24

25
```

**I N D E X**

**WITNESSES**

**WITNESSES FOR THE GOVERNMENT:**                                        Page
                                                                          --

**WITNESSES FOR THE DEFENDANT:**                                         Page
                                                                          --

| EXHIBITS IN EVIDENCE | PRE | MARKED | ADMITTED |
|---|---|---|---|
| Government's Exhibit No. | -- | -- | -- |
| Defendant's Exhibit No. | -- | -- | -- |

**MISCELLANEOUS**

                                                                          Page
Proceedings..........................................    4
The Court's Ruling...................................   11
Court Reporter's Certificate.........................   15

```
 1              (The following proceedings were held at 9:36 a.m.)
 2              COURT SECURITY OFFICER:  All rise.
 3              THE COURT:  Good morning.  Please be seated.
 4              Please state your appearances.
 5              MR. NADLER:  Good morning, Your Honor.  Assistant
 6    United States Attorney Michael Nadler.  With me at counsel
 7    table is Assistant United States Attorney Nalina Sombuntham and
 8    Trial Attorney David Johnson from the Department of Justice --
 9              THE COURT:  Good morning.
10              MR. NADLER:  -- on behalf of the United States.
11              MR. J. RODRIGUEZ:  Good morning, Your Honor.  Oscar
12    Rodriguez on behalf of the Defendant, Matthias Krull, and Oscar
13    Rodriguez my cocounsel.
14              THE COURT:  Good morning.
15              MR. S. RODRIGUEZ:  Good morning, Judge.
16              THE COURT:  Good morning, Mr. Krull.
17              THE DEFENDANT:  Good morning.
18              THE COURT:  And from Probation.
19              PROBATION OFFICER:  Good morning, Your Honor.
20    Elizabeth Robbert.
21              THE COURT:  Mr. Krull, we are here for your sentencing
22    hearing.  Have you had the opportunity of reviewing with your
23    attorneys the presentence investigation report, the sentencing
24    memorandum that your attorneys supplied and objections as well?
25              THE DEFENDANT:  Yes, Your Honor.
```

```
 1          THE COURT:  I will be hearing first from the
 2   Government, then from your attorneys, and then from you.
 3          My understanding is that the advisory guidelines
 4   recommend a sentence of 120 months.  Is that correct,
 5   Mr. Nadler?
 6          MR. NADLER:  Yes, it is, Your Honor.
 7          THE COURT:  All right.  I will hear the Government's
 8   position.
 9          MR. NADLER:  As Your Honor is aware, there was a
10   fairly lengthy criminal complaint and factual proffer.  That
11   was the reason the case is complicated and the sentencing
12   memorandum was filed.  As the Court can see, this was a
13   substantial money-laundering conspiracy.  As it relates or lays
14   out in the second addendum for the PSI, there are a number of
15   factual objections that the Government does agree with.
16          I think the main one, although it does not affect the
17   sentencing guidelines, is the date and extent of when Mr. Krull
18   entered the conspiracy in approximately October 2016, where, at
19   that point, he was offered to launder $600 million, actually
20   laundered approximately $60 million.  Based on this particular
21   fraud, the Government is going to ask the Court to impose a
22   sentence of 120 months.
23          THE COURT:  Thank you.
24          Mr. Rodriguez.
25          MR. J. RODRIGUEZ:  That is what we signed, Your Honor.
```

```
 1   That's the agreement.  We have worked through the sentencing
 2   guidelines, and we agree with what has been said so far.  I
 3   would like to address the Court for purposes of allocution and
 4   -- shortly, and we are ready to proceed.
 5            THE COURT:  Please.
 6            MR. J. RODRIGUEZ:  Thank you, Your Honor.
 7            Your Honor, I would like the Court -- may I sit down?
 8            THE COURT:  You may.
 9            MR. J. RODRIGUEZ:  Your Honor, the Defendant, as you
10   read, has pled guilty and has cooperated fully since day one.
11   He has totally and unequivocally accepted his responsibility
12   for his role in this conspiracy.  He has taken, Judge, great
13   steps to right his wrong and to fully be transparent in his
14   cooperation with the United States, which I think to this day
15   it has been reflected in the actions and -- taken by the United
16   States.
17            The Defendant regrets very much the facts and reasons
18   why he finds himself before the Court today, and he will be
19   addressing the Court in a few minutes, Your Honor.  He is
20   supported here today by his wife and some family friends, and
21   they all remain completely supportive of him.
22            This Court received some letters that were
23   incorporated by the probation officer, and also we filed with
24   the -- with our memorandum as -- stating some of the qualities
25   of the Defendant that he -- as he stands here before the Court
```

today.

I would like to point out to the letter of his mother, Mrs. Strider, that put it as, He took responsibility for himself when the family fell apart. He accepts responsibility and regrets the acts that he committed, and he won't repeat them.

As a man -- as a man, prior to being before -- as a man and prior to being before this Court, Mr. Krull worked in many charitable causes. He served in the board of German -- of the German Lutheran Church of Caracas. He also was in the board of action in Ecumenica, which provided medical services to the poor at a very low cost in Venezuela. He also worked with the HIV-positive patients in Venezuela.

And after he moved from Caracas, he worked to help its school for the poor in Panama, which I believe is called Casa Esperanza.

Your Honor, Mr. Krull has a sense of high social responsibilities and helping others. He believes -- and as his mother pointed out in one of his letters, that he believes in giving back without having to place your name on a donation or a reputation or a tax benefit.

In imposing the sentence today, Your Honor, please take into account the fact that Mr. Krull suffers from diabetes, and he will be having -- facing this problem as he -- at sometime later on, faces his time of incarceration.

1       Besides having fully cooperated with the Court,
2  lastly, we would like to point out that the Defendant consented
3  and agreed to a forfeiture judgment that the Court signed of
4  $600,000, which is equal to the full amount that the Defendant
5  obtained from this endeavor.
6       I point this out, Your Honor, so that the Court can
7  fashion a sentence that is reasonable and sufficient but not
8  greater than necessary to fulfill the federal sentencing
9  guideline requirements of 18 USC 3553(a), and we request the
10 Court to consider that under the circumstances after the
11 immediate and voluntary forfeiture, a fine, imposing a fine
12 would be greater than necessary, and we urge that a fine below
13 the full range may be sufficient but not greater than necessary
14 in light of the facts today.
15      The reason I point this out, Your Honor, is that he's
16 willing and has agreed to satisfy the judgment of $600,000
17 within 30 days of his sentence.  The fact that the Defendant
18 has cooperated fully, he has had to upend his family and
19 they're moving here to the United States and it has taken great
20 cost to him and to them, and that he has three small children
21 and a wife that he is going to be leaving behind at some time
22 to -- when he has to face the circumstances of his sentence.
23      So we feel, Judge, that his cooperation and remorse
24 and his willingness to satisfy the judgment fully satisfy --
25 hopefully, fully satisfies to the Court the -- the sentence

```
 1   under 1853 -- 18, 3553(a).
 2           Your Honor, at this time, Mr. Krull would like to
 3   address the Court.
 4           And one last thing, Judge.  In your implementing of a
 5   sentence, if you can recommend that the Defendant be housed at
 6   FCI Miami Low when he has to start his sentence, please.  Thank
 7   you very much.
 8           THE COURT:  Thank you.
 9           Mr. Krull, I will hear from you now.
10           THE DEFENDANT:  Your Honor, thank you very much for
11   allowing me to express myself to you.  I want to begin by
12   apologizing to the people of Venezuela, the U.S. Government,
13   and finally to my family.  I'm sorry.  I was not aware of this
14   actions for placing them in the middle of this situation.  I
15   fully blame myself for being in this situation because it could
16   have been avoided.  I also want you to know that whatever my
17   consequences are, I will complete them in a respectful manner.
18           The situation has been a big lesson for me and made me
19   realize how your life would be ruined by taking a wrong
20   decision.  I have worked hard for many years, and I have never
21   been in trouble with the police or law enforcement.  I'm a
22   family man with three young children and a great wife, who has
23   given me the best support possible, even though she was as
24   surprised as everybody else to find me in this situation.
25           I recognize that I have been a bad role model through
```

my behavior to my children, for my children, and those who have looked up to me for many years.

This is a learning experience for me and still has a learning effect to me today, as we speak. One thing I can say is that I will get through this. I am not trying to rush through it, but taking one step at a time and trying to correct the wrongdoings. I have made this my plan not for today, but for the rest of my life.

I speak from my heart when I tell you that I apologize for making a bad decision. I pray and hope that you won't look at me as a bad person, and I hope to get the opportunity to regain the trust once -- I once had.

I don't know what the future holds, but I promise whatever the future is, I will make my wife, my three children, my family and all those I let down to be proud of me again.

Last, but not least, I would like to thank the U.S. Attorney's office as well as the law enforcement officers for treating me and my family with the highest dignity and respect during and after my arrest. They have earned my highest respect by the way they have handled the situation during the past several months.

I am truly sorry, and I apologize to everyone. Thank you.

THE COURT: Thank you, Mr. Krull.

Mr. Nadler, anything additional from the Government?

```
 1          MR. NADLER:  No, Your Honor.  Just to add for purposes
 2   that I do concur that the Defendant came in early, he agreed
 3   for an information, his cooperation is continuing and ongoing,
 4   but it has not reached the level currently for a 5K,
 5   substantial assistance.
 6          THE COURT:  Mr. Rodriguez, anything additional?
 7          MR. J. RODRIGUEZ:  No, Your Honor.
 8                         THE COURT'S RULING
 9          THE COURT:  As Mr. Nadler commented in his opening
10   remarks, the factual proffer that we went through when I
11   accepted Mr. Krull's plea of guilty, it's very, very detailed,
12   and it recounts the events that bring Mr. Krull before the
13   Court now that took place for the better part of two years.  I
14   read, of course, the presentence investigation report and the
15   sentencing memorandum that -- Mr. Krull, that your attorneys
16   prepared as well as all of the letters of support.  And I know
17   I have before me a man who's led an honorable and righteous
18   life for the better part of your life, who's been active with
19   your church and your father and stepfather's ministries, and
20   who has done well, has done well for his family, has done well
21   for his community and who became involved in the actions that I
22   detailed with you in your plea colloquy, and those actions seem
23   to be at odds with the man I have before me.  It is almost like
24   we are dealing with two people.
25          And as a banker and as someone with access to the
```

1  funds and the accounts and the knowledge that you had access
2  to, I think you allowed yourself to go along and to take
3  actions that you knew in your heart of hearts were wrong but
4  for which there didn't appear to be an immediate victim, which
5  perhaps the criminality of your conduct was not as evident as
6  it might have been.
7         The -- so I accept your remarks.  I know they are
8  heartfelt, and I can accept what your attorneys have said that
9  the only time I will likely see you again, hopefully, is on a
10 Government motion to reward you for your substantial assistance
11 to the Government, should it rise to that, and I have already
12 allowed you an extended surrender date to try to facilitate
13 your continued cooperation to the Government.
14         The advisory guidelines here are 120 months, because
15 as you know and as you have seen from the presentence
16 investigation report, your guideline range exceeds the
17 statutory maximum.  The factors in 18 US Code Section 3553 are
18 adequately addressed by that sentence.  Therefore, it is the
19 judgment of the Court, Mr. Krull, that you are committed to the
20 Bureau of Prisons to be imprisoned for 120 months.
21         Is there a need for a restitution hearing, or is the
22 forfeiture order sufficient?
23         MR. NADLER:  The forfeiture order is sufficient.
24 Thank you, ma'am.
25         THE COURT:  The advisory guidelines recommend a fine

```
 1   of between 50,000 to 2.4 --
 2           PROBATION OFFICER:  Your Honor --
 3           THE COURT:  -- million, right?
 4           PROBATION OFFICER:  -- after the second addendum -- I
 5   apologize.  That has been reduced to 1.2.
 6           THE COURT:  All right.  From 50,000 to 1.2?
 7           PROBATION OFFICER:  Yes.
 8           THE COURT:  Okay.  Thank you.
 9           And therefore you must pay a fine of $50,000 as well.
10           Upon release from imprisonment, Mr. Krull, you will be
11   on supervised release for three years.  Within 72 hours of
12   release from the custody of the Bureau of Prisons, you will
13   report in person to the probation office in the district to
14   which you are released.  While on supervised release, you will
15   comply with the mandatory and standard conditions of
16   supervision.  Those include not committing any crimes, being
17   prohibited from possessing a firearm or other dangerous device,
18   not unlawfully possessing a controlled substance, and
19   cooperating in the collection of DNA.
20           You will also comply with the following special
21   conditions:  You will surrender to Immigration for removal
22   following imprisonment.  You will comply with the financial
23   disclosure requirement and unpaid restitution, fines or special
24   assessments, all of which are noted in part G of the
25   presentence investigation report.  And you must pay the United
```

```
 1    States a special assessment of $100.
 2           Now that the sentence has been imposed, does the
 3    Defendant or his attorneys object to the Court's findings or
 4    the manner in which the sentence was announced?
 5           MR. J. RODRIGUEZ:  No, Your Honor.
 6           THE COURT:  Mr. Krull, you have the right to appeal
 7    the sentence.  Any notice of appeal must be filed within 14
 8    days after entry of the judgment.  If you are unable to pay the
 9    cost of an appeal, you may apply for leave to appeal in forma
10    pauperis.
11           I will recommend placement at FCI Miami.
12           And is there anything additional?
13           MR. NADLER:  Nothing else on behalf of the United
14    States, Your Honor.
15           MR. J. RODRIGUEZ:  Nothing else on behalf of the
16    Defense, Your Honor.
17           THE COURT:  Mr. Krull, good luck to you and to your
18    family.
19           THE DEFENDANT:  Thank you so much, Your Honor.
20           THE COURT:  You all have a good day.
21           MR. NADLER:  Thank you, Your Honor.
22           MR. J. RODRIGUEZ:  Thank you, Your Honor.
23        (The proceedings concluded at 9:54 a.m.)
24
25
```


## **C E R T I F I C A T E**

I hereby certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.

```
_10/30/18_      _____
   DATE         STEPHANIE A. McCARN, RPR
                Official United States Court Reporter
                400 North Miami Avenue, Twelfth Floor
                Miami, Florida 33128
                (305) 523-5518
```