```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
                          MIAMI DIVISION
                    CASE NO. 18-cr-20682-CMA


 UNITED STATES OF AMERICA,         Miami, Florida

         Plaintiff,                September 13, 2019

    vs.                            8:43 a.m. to 8:48 a.m.

 MATTHIAS KRULL,                   Courtroom 12-2

         Defendant.                (Pages 1 to 7)
_____

                       STATUS CONFERENCE
             BEFORE THE HONORABLE CECILIA M. ALTONAGA,
                   UNITED STATES DISTRICT JUDGE

 APPEARANCES:

  FOR THE GOVERNMENT:    MICHAEL B. NADLER, ESQ.
                         Assistant United States Attorney
                         99 Northeast 4th Street
                         Miami, FL 33132
                         (305) 961-9001
                         michael.nadler@usdoj.gov

  FOR THE DEFENDANT:     OSCAR S. RODRIGUEZ, ESQ.
                         OSCAR J. RODRIGUEZ, ESQ.
                         Law Offices of Oscar Rodriguez, PA
                         Law Offices of Oscar J. Rodriguez, P.A.
                         4500 South Le Jeune Road
                         Coral Gables, FL 33146-1813
                         (305) 445-2000
                         orodriguez@ojrlaw.com
                         osrlaw@aol.com


  REPORTED BY:           STEPHANIE A. McCARN, RPR
                         Official Court Reporter
                         400 North Miami Avenue
                         Twelfth Floor
                         Miami, Florida 33128
                         (305) 523-5518
                         Stephanie_McCarn@flsd.uscourts.gov
```

**I N D E X**

**WITNESSES**

**WITNESSES FOR THE GOVERNMENT:**                                        **Page**
                                                                          --

**WITNESSES FOR THE DEFENDANT:**                                         **Page**
                                                                          --

| EXHIBITS IN EVIDENCE | PRE | MARKED | ADMITTED |
|---|---|---|---|
| Government's Exhibit No. | -- | -- | -- |
| Defendant's Exhibit No. | -- | -- | -- |

**MISCELLANEOUS**

                                                                          **Page**
Proceedings.........................................     3
Court Reporter's Certificate.......................     7

```
 1        (The following proceedings were held at 8:43 a.m.)
 2            COURT SECURITY OFFICER:  All rise.
 3            THE COURT:  Good morning.  Please be seated.  Please
 4   state your appearances.
 5            MR. NADLER:  Good morning, Your Honor, Michael Nadler
 6   on behalf of the United States.
 7            MR. RODRIGUEZ:  Good morning, Your Honor, Oscar
 8   Rodriguez on behalf of Mr. Matthias Cruise -- Matthias Krull
 9   and my cocounsel Oscar J. Rodriguez.
10            THE COURT:  Please be seated.  Good morning.
11        So this is a status conference.  I will hear from
12   Counsel.
13            MR. NADLER:  Yes, Your Honor.  The parties asked for
14   this status conference jointly to come to the Court
15   understanding how the Court feels about continuous delay.  We
16   felt it was more -- it was better to come to the Court
17   directly.  The Court's very familiar with this case.  The Court
18   had made some statements about Mr. Krull at the sentencing.  I
19   had just gotten on the case at that time.
20        Since that time we've had two Defendants come in.  One
21   is Abraham Ortega, and the other is Gustavo Hernandez Frieri.
22   This is an indictment in front of Judge Williams.  Mr. Ortega
23   has pled guilty.  His sentencing was just continued until after
24   a trial date set for Mr. Frieri in March.  Mr. Frieri, Counsel
25   and I are in discussions about pleas.  The terms are still
```

1    being worked out.  We are not sure whether or not it's
2    definitely going to be a plea based on the conversations.
3    Trial is specially set for February 3rd.
4           When Mr. Krull came in, he cooperated immediately.  He
5    pled joint information.  Previous Counsel, the previous AUSA
6    put a provision in there that prevents -- prevented Mr. Krull's
7    attorneys from arguing any departure or variance.  Since that
8    time when I had taken over the case, I had removed that
9    provision from future defendants.  So the plea that Mr. Ortega
10   entered into doesn't have that, and the one I at least have
11   offered to Mr. Frieri doesn't have that.
12          Additionally, I have come to meet Mr. Krull fairly
13   frequently, and I've come to learn that the Court's sentiments
14   about Mr. Krull are wholly accurate.  Mr. Krull has been
15   cooperating.  It is hard to quantify exactly his cooperation in
16   the way we normally measure substantial assistance because it's
17   measured in arrests and prosecutions.  And Mr. Krull's value
18   actually comes from the fact that he has been a banker in
19   Venezuela or with Venezuelan officials, businessmen for a long
20   time as well as other bankers.  And the amount of people that
21   he has put us in contact with that have moved forward on their
22   investigations is, at this point, large.
23          So while we are trying to quantify and with the
24   pending trial, that's what I would probably tell you in this
25   instance is delaying any Rule 35.  There is also -- Mr. Krull

1    is -- because of the type of assistance he's giving, his
2    contacts, the benefit of keeping him out is also fairly high;
3    so these things are hard to put in a motion.  So coming to the
4    Court and talking to the Court personally and expressing, you
5    know, based on my experience and time at the U.S. Attorney's
6    Office, his cooperation would lead to a Rule 35 eventually,
7    given the fact that Counsel was really restricted at sentencing
8    from arguing 3553 and the Court's sentiments, if they may have
9    been allowed, would have factored into that.
10           With the Rule 35, I am going to allow Counsel to
11   reargue those positions to give the Court the ability to fully
12   consider some of the things that I know Mr. Krull, based on
13   even what I'm saying here, they would have argued at
14   sentencing, which I didn't know at the point, and I probably
15   would have handled a little differently if I had been more
16   involved in the case back then.
17           So given that and given that Mr. Ortega's sentencing
18   was pushed out at least until after trial, I can't say that
19   Mr. Fieri won't plead guilty in the next month; he may accept
20   the terms.  But I know it's a big ask to ask for that kind of
21   surrender date given that we have a potential trial on
22   February 3rd that may not happen, but I think that's the ask we
23   are -- we are both asking for is a March surrender date.
24           I know Counsel potentially wanted to get into some of
25   the extent of the cooperation.  I am not, at this point.  I can

```
 1   tell you both the agents and I feel it's been significant, and
 2   it has moved forward a number of investigations.  It may not
 3   exactly lead to arrests, but that's what I'm going to handle
 4   internally with my chain to express that it's still substantial
 5   and still significant.
 6           THE COURT:  So what date in March?
 7           MR. NADLER:  Do you have a date in mind?  The first
 8   week in March would be great.  I don't see Mr. Frieri's trial
 9   lasting much longer than four weeks or at the very least
10   Mr. Krull's testimony would be one of the first witnesses.  He
11   has been disclosed as a witness; so they are aware of that
12   addition.
13           THE COURT:  How is Friday, March 6th?
14           MR. NADLER:  That would be wonderful, Your Honor.
15           MR. RODRIGUEZ:  That's fine, Judge.
16           THE COURT:  All right.
17           MR. NADLER:  Thank you, so much.
18           THE COURT:  I'll enter an order extending the
19   surrender to Friday, March 6, and I hope to receive a
20   Government motion before then on your behalf, Mr. Krull.
21           MR. NADLER:  Thank you for your time.
22           THE COURT:  Thank you.
23           MR. NADLER:  Have a wonderful weekend.  I will see you
24   next week.
25           MR. RODRIGUEZ:  Thank you very much, Your Honor.
```


```
1          MR. O. J. RODRIGUEZ:  Thank you, Your Honor.
2          THE COURT:  Have a good day.
3     (The proceedings adjourned at 8:48 a.m.)
4
5
                          C E R T I F I C A T E
6

7      I hereby certify that the foregoing is an
8   accurate transcription of the proceedings in the
9   above-entitled matter.
10
11
    _09/23/19__           [signature: Stephanie A. McCarn]
12       DATE             STEPHANIE A. McCARN, RPR
                          Official United States Court Reporter
13                        400 North Miami Avenue, Twelfth Floor
                          Miami, Florida 33128
14                        (305) 523-5518
15
```