UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  18-20682-CR-ALTONAGA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

MATTHIAS KRULL,

      Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on the Unopposed Motion to Delay Defendant's Surrender [ECF No. 81].  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  Unless otherwise indicated by the Court, Defendant shall remain out on bond pursuant to the conditions of bond filed on September 11, 2018 [ECF No. 37] and shall surrender to the Bureau of Prisons on September 7, 2020 as directed by the U.S. Marshal.

**DONE AND ORDERED** in Miami, Florida, this 21st day of April, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record