UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20682-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

 Plaintiff,
vs.

**MATTHIAS KRULL**,

 Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant Matthias Krull's Unopposed Motion to Modify Bond Conditions [ECF No. 83]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Mr. Krull's bond conditions are modified to allow him to move to his new residence in Miami-Dade County, Florida. Prior to moving, Mr. Krull shall provide his new address to his supervising probation officer who shall update the address with the United States Probation Office. All other conditions of Mr. Krull's home confinement and release remain in full force and effect.

**DONE AND ORDERED** in Miami, Florida, this 29th day of July, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record