UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20682-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**MATTHIAS KRULL**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on the Government's Motion to Seal [ECF No. 85], filed on August 27, 2020. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The documents are permitted to be filed under seal and shall remain under seal until **August 27, 2021**. This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 27th day of August, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record