UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CR-20682-ALTONAGA

**UNITED STATES OF AMERICA**

**vs.**

**MATTHIAS KRULL,**

      **Defendant.**

                                            /

## NOTICE OF APPEARANCE

The undersigned Trial Attorney hereby files this notice of appearance as counsel of record for the United States of America in this action.

                Respectfully submitted,

                ROBERT ZINK
                CHIEF, FRAUD SECTION
                Criminal Division
                U.S. Department of Justice

By:   /s/ Paul A. Hayden
        Paul A. Hayden
        TRIAL ATTORNEY
        U.S. Department of Justice
        Criminal Division
        Fraud Section
        1400 New York Avenue, NW
        Washington, DC 20005
        Tel: (202) 353-9370
        Paul.hayden2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by CM/ECF.

    /s/ Paul A. Hayden
Paul A. Hayden
Trial Attorney