UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20682-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**MATTHIAS KRULL**,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court upon the Defendant's Unopposed Motion to Delay Defendant's Surrender and for Removal of Home Confinement and Electronic Monitoring as Conditions of Release [ECF No. 90]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant shall remain out of custody pursuant to the conditions of bond filed on September 11, 2018 [ECF No. 7], as subsequently modified and further modified herein, and he shall surrender to the Bureau of Prisons on **March 7, 2021**. The special conditions of home confinement and electronic monitoring shall be removed from Defendant's conditions of bond. All other conditions of Defendant's bond remain in effect.

**DONE AND ORDERED** in Miami, Florida, this 1st day of September, 2020.

 

_Cecilia M. Altonaga_
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record