## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.   18-20682-CR-ALTONAGA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

MATTHIAS KRULL,

      Defendant.

_____/

### SEALED ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE

**THIS MATTER** came before the Court on the Government's Rule 35 Motion for Sentence Reduction [ECF No. 86], filed under seal on August 27, 2020.   The Government requests a 65 percent reduction in Defendant's sentence; Defendant supports the Motion.   (*See id.* ¶ 11).   After careful consideration of the nature and extent of Defendant's cooperation, as well as other relevant factors in 18 U.S.C. section 3553(a), *see United States v. Dobson*, 315 F. App'x 192, 195 (11th Cir. 2008); and *United States v. McMahan*, 872 F.3d 717 (5th Cir. 2017), it is

**ORDERED AND ADJUDGED** that the Government's Rule 35 Motion for Sentence Reduction [ECF No. 86] is **GRANTED**.   Accordingly, the Judgment in a Criminal Case entered on October 29, 2018, is **AMENDED** as follows:

> "The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **42 months**."

All other provisions of the Judgment in a Criminal Case, entered October 29, 2018, remain in full force and effect.

CASE NO.   18-20682-CR-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 3rd day of September, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record
         U.S. Marshal