## IN THE UNITED STATES DISTRICT COUR FOR THE
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**                    **Case No: 18-20682-CR-ALTONAGA**

     **Plaintiff,**

**vs**

**MATTHIAS KRULL,**

     **Defendant,**

_____/

## UNOPPOSED MOTION FOR
## PERMISSION TO TRAVEL TO NAPLES, FLORIDA

COMES NOW, Defendant, Matthias Krull, through undersigned counsel, and hereby files this unopposed motion for permission to travel within Florida, and in support states:

1.     Mr. Krull plead guilty before this Court on August 22, 2018, [DE 28], and he was sentenced on October 29, 2018 [DE 32].   Mr. Krull remains out on bond but is presently scheduled to surrender on March 6, 2020.

2.     Mr. Krull is in contact with his supervising probation officer, Nora Heredia-Burgos, and he continues to dutifully comply with all conditions of release.

3.     Mr. Krull has previously been granted permission to travel within the state of Florida for the remainder of Mr. Krull's son's soccer season. [ *See* DE 96 and DE 93]. Mr. Krull's son has a soccer tournament scheduled for next weekend in Naples, FL for which he plans to attend. However, there is a chance that the tournament is cancelled due to Covid19.

4.     Mr. Krull and his family already planned to spend the Thanksgiving holiday as a family together in Naples, FL. In an abundance of caution, Mr. Krull seeks the court's permission to still go to Naples, FL next weekend from November 25, 2020 to November 30, 2020, in the case that

the tournament gets canceled.

5.      If permitted, Mr. Krull would provide his supervising probation officer, Nora Heredia-Burgos, all of his travel details.

6.      AUSA Paul Hayden and Mr. Krull's supervising probation officer have both represented that they have no objection to the relief requested herein.  A proposed order is attached for the Court's convenience.

WHEREFORE, Mr. Krull respectfully requests that the Court modify his bond conditions to allow him to travel to Naples, Florida from November 25, 2020 through no later than 10:00 PM on November 30, 2020.

Respectfully submitted,

Oscar S. Rodriguez, Esq.
4500 South Le Jeune Road
Coral Gables, Florida 33146
Telephone: (305) 445-2000
Facsimile: (305) 445-9007
Email: osrlaw@aol.com

 /s/    **_Oscar S. Rodriguez_**_____
FBN: 194325

### CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that a true and correct copy of the foregoing motion has been electronically filed on this 23rd day of November 2020, through the Clerk of Court through CM/ECF.

 /s/    **_Oscar S. Rodriguez_**_____