### IN THE UNITED STATES DISTRICT COUR FOR THE
### SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**               **Case No: 18-20682-CR-ALTONAGA**

    **Plaintiff,**

**vs**

**MATTHIAS KRULL,**

    **Defendant,**

_____/

### UNOPPOSED MOTION FOR
### PERMISSION TO TRAVEL

COMES NOW, Defendant, Matthias Krull, through undersigned counsel, and hereby files this unopposed motion for permission to travel within Florida, and in support states:

1.      Mr. Krull plead guilty before this Court on August 22, 2018, [DE 28], and he was sentenced on October 29, 2018 [DE 32].   Mr. Krull remains out on bond but is presently scheduled to surrender on March 6, 2020.

2.      Mr. Krull is in contact with his supervising probation officer, Nora Heredia-Burgos, and he continues to dutifully comply with all conditions of release.

3.      Mr. Krull and his family plan to spend the end of the year as a family together in Orlando, FL. In an abundance of caution, Mr. Krull seeks the court's permission to Travel to Orlando, FL from December 28, 2020 to January 3, 2021 for the Holidays.

4.      If permitted, Mr. Krull would provide his supervising probation officer, Nora Heredia-Burgos, all of his travel details.

5.      AUSA Paul Hayden and Mr. Krull's supervising probation officer have both represented that they have no objection to the relief requested herein.   A proposed order is attached for the

Court's convenience.

WHEREFORE, Mr. Krull respectfully requests that the Court modify his bond conditions to allow him to travel to Orlando, Florida from December 28, 2020 through no later than 10:00 PM on January 3, 2021.

Respectfully submitted,

Oscar S. Rodriguez, Esq.
4500 South Le Jeune Road
Coral Gables, Florida 33146
Telephone: (305) 445-2000
Facsimile: (305) 445-9007
Email: osrlaw@aol.com

  /s/      *Oscar S. Rodriguez*
FBN: 194325

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion has been electronically filed on this 18th day of December 2020, through the Clerk of Court through CM/ECF.

  /s/      *Oscar S. Rodriguez*