UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20682-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MATTHIAS KRULL**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant, Matthias Krull's Unopposed Motion for Delay Defendant's Surrender [ECF No. 101]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant shall surrender on **July 2, 2021** as directed by the United States Marshal.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of February, 2021.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record