UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-CR-20682-ALTONAGA

UNITED STATES OF AMERICA,

v.

MATTHIAS KRULL,

          **Defendant.**
_____/

## NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW, the United States of America, by and through the undersigned attorney, hereby provides notice pursuant to Local Rule 11.1(d) that Assistant U.S. Attorney Kurt K. Lunkenheimer be substituted as counsel for former Assistant United States Attorney Michael B. Nadler, who no longer works for the United States.

          Respectfully submitted,

          ARIANA FAJARDO ORSHAN
          UNITED STATES ATTORNEY

By:   /s/ Kurt K. Lunkenheimer_____
      KURT K. LUNKENHEIMER
      Assistant United States Attorney
      Court ID No. A5501535
      JLK Federal Justice Building
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Telephone: 305-961-9008
      Facsimile: 305-536-7213
      Email: Kurt.Lunkenheimer@usdoj.gov