UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20682-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MATTHIAS KRULL**,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court on the Motion to Seal [ECF No. 104]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The documents are permitted to be filed under seal and shall remain under seal until **March 23, 2022**. This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of March, 2021.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record