UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20682-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MATTHIAS KRULL**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the Unopposed Motion to Unseal Amended Judgment – Docket Entry 94 [ECF No. 105].  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  The Clerk is directed to **UNSEAL** Docket Entry 94.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of March, 2021.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record