UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20682-ALTONAGA

UNITED STATES OF AMERICA

v.

MATTHIAS KRULL,
          Defendant.
_____/

MOTION TO DELAY DEFENDANT'S SURRENDER

COMES NOW, Defendant, MATTHIAS KRULL ("Mr. Krull"), through undersigned counsel, and respectfully requests that Defendant's surrender be extended until January 15, 2022. In support thereof, Defendant states:

1. Mr. Krull was arrested July 24, 2018. Shortly after his arrest, he was the first defendant in the case to enter into a plea agreement with the U.S. Attorney's Office. He plead guilty August 22, 2018, to an Information charging one count of conspiracy to commit money laundering in violation of 18 U.S.C. §1956(h) and §1957 [ECF No. 23]. Pursuant to his plea agreement, Mr. Krull is required to fully cooperate with the U.S. Attorney's Office. [ECF No. 29]

2. Mr. Krull was sentenced on October 29, 2018, to 120 months imprisonment followed by 3 years supervised release and a $50,000 fine; and, the Court further ordered a $600,000 forfeiture. Both the fine and forfeiture have been fully satisfied. Mr. Krull remains at liberty on a $5,000,000 personal surety bond. Mr. Krull has maintained full compliance with all bond conditions for approximately two years, eight months.

3. On September 3, 2020, Mr. Krull received a Rule 35 sentence reduction *without a hearing*. His sentence was reduced to 42 months imprisonment *for his cooperation through that date*. He continues to cooperate with the Department of Justice with its ongoing investigations and other ancillary matters. *Mr. Krull has been in recent contact with government officials, providing*

*information and scheduling a meeting.*[1]  For this Rule 35 reduction, the government noted that Mr. Krull's cooperation had been credible and truthful.  At that time, the parties jointly requested and received another delay in Mr. Krull's surrender date. Because of his ongoing cooperation with the government, there is a firm indication that another Rule 35 sentencing reduction will be forthcoming.

4. Codefendant Abraham Edgardo Ortega arrived in the United States in or around September 2018 and was arrested September 12, 2018.  He pled guilty on October 31, 2018, and was sentenced May 5, 2021.  As of this writing, he has a voluntary surrender date of September 2, 2021, that is subject to be continued.  Codefendant Gustavo Hernandez Frieri was arrested May 3, 2019.  He pled guilty on November 26, 2019, and was sentenced April 30, 2021.  He currently has a voluntary surrender date of July 29, 2021.  They are charged in case number 18-CR-20685 before Judge Williams.

5. Mr. Krull's Sealed Order Granting the Rule 35 Motion for Reduction of Sentence was unsealed on March 23, 2021, at the government's request, in order to encourage others to cooperate with the government.  Notably, the unsealing of this Order happened before the sentencing of co-conspirators, Ortega in May 2021 and Frieri in April 2021.

6. Unlike Mr. Krull's plea agreement, defendants Ortega and Frieri were allowed, under the provisions of their respective plea agreements, to argue for a departure and/or variance.  They did so with the knowledge of Mr. Krull's Rule 35 outcome.  As a result, a sentence disparity occurred.  Mr. Krull, a banker who is the least culpable of these defendants, received a higher sentence than the public official who accepted bribes (Ortega; 28 months imprisonment) and almost the same sentence as the money launderer (Frieri; 46 months). And those sentences are before a substantial rule 35.

7. There have been seven jointly requested continuances to Mr. Krull's surrender date which this Court has granted.  That is unusual but this is an unusual case.  The government has characterized Mr. Krull's cooperation as "large," and that it is not the "normal" type of cooperation usually provided to the government.

8. Mr. Krull's case took an unexpected turn when the government recently advised it would not support another delay in his surrender, expecting that Mr. Krull would surrender July 2, 2021.  Given that his cooperation has been ongoing, Mr. Krull has not prepared his affairs in advance of surrendering.  He needs to get his personal and family affairs in order.

---

[1] Details of this cooperation will be provided at the Rule 35 hearing if necesary.

2

9. This Court recommended that the Bureau of Prisons designate Mr. Krull to FCI Miami and that he surrenders for service of sentence as notified by the U.S. Marshals Service. To date, Mr. Krull has not received notice of designation.

10. Mr. Krull is type 1 diabetic and is insulin dependent. As such, he is at high risk of severe COVID should he contract the virus.[2] Mr. Krull has been vaccinated. His chances of contracting the virus, including the serious delta variant, increase tremendously given the contagious nature of the delta variant and the increasing number of inmates contracting the virus. Because of this, it is preferable that he be able to surrender to the designated institution, rather than to the U.S. Marshals Service. This would avoid unnecessary movement by the Marshals Service. A letter from his Endocrinologist Specialist is attached as (Exhibit 1).

11. The July 2, 2021, surrender date presently is of no significant moment. Frankly, we were expecting another continuance or delay in the surrender date because of the ongoing cooperation. Now, we respectfully ask for the delay as set forth above. I would also like to note, July 5th is Mr. Krull's wedding anniversary. Mr. Krull is not a flight risk and is certainly not a risk of danger to the community.

12. A matter of great importance to Mr. Krull and his wife is psychological development of his younger son. His son suffers a Moderate Fluency Disorder and the parental support as well as a positive home environment is vital to prevent a negative impact to his developing proper skills. A letter from Phycologist and Fluency Specialist is attached as (Exhibit 2).

13. This motion is filed in good faith and not for purposes of undue delay. The government attorneys have been consulted and they have advised they oppose this motion.

WHEREFORE, Mr. Krull respectfully asks this Honorable Court to delay his surrender for six months, until January 15, 2022, as such an extension will allow Mr. Krull to complete his cooperation agreement and get his personal and family affairs in order. The livelihood of a future Rule 35(b) reduction and the drastic sentence disparity among Mr. Krull's co-conspirators shows why there is no reason and no basis to rush to have Mr. Krull surrender on July 2nd.

---

[2] It's not that people with diabetes are more prone to COVID, but if they develop COVID, the disease is much more severe and seems to progress quicker.

Respectfully submitted,

Oscar S. Rodriguez, Esq.
4500 S. LeJeune Road
Coral Gables, Florida 33146
Telephone: 305-445-2000
Facsimile: 305-445-9007
Email: osrlaw@aol.com

*/s/*   ***Oscar S. Rodriguez, Esq.***
     By:   Oscar S. Rodriguez, Esq.
             Fla. Bar No.:   194325

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Motion was electronically filed with the Clerk of Court through CM/ECF this 28 day of June, 2021.

*/s/*   ***Oscar S. Rodriguez, Esq.***
        Oscar S. Rodriguez, Esq.